# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:  Lisa Diane Polk
       527 Sixth Street
       Marietta, OH  45750

Case No: 14-50822

Chapter 13

Judge: C KATHRYN PRESTON

---

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
### AND CASE HISTORY

---

The above case having been COMPLETED on October 18, 2018, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriate Official Form.  The statement required by this section shall be filed by the debtor no later than the date when the last payment was made by the debtor as required by the plan or the date of the filing of a motion for discharge under §1328(b).

Within thirty (30) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at ch13.org/forms.php.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  Lisa Diane Polk
      527 Sixth Street
      Marietta, OH  45750

Case No: 14-50822

Chapter 13

Judge: C KATHRYN PRESTON

---

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
## AND CASE HISTORY

---

The Case was commenced on February 13, 2014.
The plan was confirmed on August 13, 2014.
The Case was concluded on October 18, 2018.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     43,106.29

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| American Electric Power 00017       Administrative Priority | 82.00 | 82.00 | 0.00 | 0.00 |
| American Electric Power 00016       Unsecured | 500.36 | 500.36 | 0.00 | 0.00 |
| Barix Clinics of Ohio, Inc 00020       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Cerastes LLC 00004       Unsecured | 5,880.81 | 5,880.81 | 0.00 | 0.00 |
| Chase 00006       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Citi Card 00007       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Comenity Bank - Victorias Secret 00008       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Department Stores National Bank/Macys 00009       Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS 00015       Unsecured | 1,300.57 | 1,300.57 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
| --- | --- | --- | --- | --- |
| | | PRINCIPAL | INTEREST | |
| DISCOVER BANK 00010      Unsecured | 1,381.61 | 1,381.61 | 0.00 | 0.00 |
| GE Capital Retail Bank - Belk 00011      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK 00002      Disallowed Per Plan | Surrendered | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK 00003      Disallowed Per Plan | Surrendered | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA 00001      Secured-PMSI | 7,935.02 | 7,935.02 | 83.18 | 0.00 |
| Lisa Diane Polk 00000      Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Lisa Diane Polk 00000      Debtor Refund | 482.69 | 482.69 | 0.00 | 0.00 |
| Northeast Ohio Natural Gas 00018      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC 00005      Unsecured | 3,374.47 | 3,374.47 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC 00012      Unsecured | 3,381.10 | 3,381.10 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for 00013      Unsecured | 1,520.83 | 1,520.83 | 0.00 | 0.00 |
| Robert Ellis 00019      Additional Attorney Fees | 427.50 | 427.50 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION 00014      Continuing | Continuing | 12,158.64 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 482.69 | 482.69 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| ALLOWED | 8,362.52 | 82.00 | 17,339.75 | 0.00 | 482.69 | 26,266.96 |
| PRIN PAID | 8,362.52 | 82.00 | 17,339.75 | 12,158.64 | 482.69 | 38,425.60 |
| INT PAID | 83.18 | 0.00 | 0.00 | 0.00 | | 83.18 |
| | | | | | TOTAL PAID: | 38,508.78 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
| --- | --- | --- |
| Robert Ellis | 2,450.00 | 2,450.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
| --- | --- | --- | --- |
| 2,577.13 | 0.00 | 53.07 | 2,630.20 |

Dated: 10/24/2018                                            /s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:  Lisa Diane Polk
      527 Sixth Street
      Marietta, OH  45750

Case No: 14-50822

Chapter 13

Judge: C KATHRYN PRESTON

---

## CERTIFICATION AND OPPORTUNITY TO OBJECT

---

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History:

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released from the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Account will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. §1302(b)(1) and FRBP 5009(a).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Lisa Diane Polk                              Case No: 14-50822
527 Sixth Street
Marietta, OH  45750                       Chapter 13

                                               Judge: C KATHRYN PRESTON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2018, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Robert Ellis

and on the following by **ordinary U.S. Mail** addressed to:

Lisa Diane Polk
527 Sixth Street
Marietta, OH  45750
**See Creditor Matrix**
**All Creditors and Parties in Interest**

JPMorgan Chase Bank, NA
,  000000000

AEP Ohio
PO Box 24401
Canton, OH  447014401

American Electric Power
Attn: Bankruptcy
1 AEP Way
Hurricane, WV  255260000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Barclays Bank Deleware
Juniper Mastercard
700 Prides Xing
Newark, DE  197130000

Barix Clinics of Ohio, Inc.
135 S. Prospect Street
Ypsilanti, MI  481980000

Barix Clinics of Ohio, Inc.
3964 Hamilton Square Blvd
Groveport, OH  431250000

CERASTES, LLC
C O WEINSTEIN,PINSON AND
RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  981210000

Capital One
PO Box 30285
Salt Lake City, UT  841300285

Chase Auto Finance
PO Box 901076
Fort Worth, TX  761012076

Chase Home Equity Loan Servicing
PO Box 24714
Columbus, OH  432240714

Citi Card
PO Box 6500
Sioux Falls, SD  571176500

Comenity Bank - Victoria's Secret
Bankruptcy Department
PO Box 182125
Columbus, OH  432182125

Department Stores National Bank
Macy&#039;s
PO Box 8066
Mason, OH  450408066

Department Stores National
Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH  450400000

Discover
PO Box 30943
Salt Lake City, UT  841300943

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  430543025

Family Credit Management
4304-06 Charles Street
Rockford, IL  611080000

GE Capital Retail Bank - Belk
PO Box 965028
Orlando, FL  328965028

GE Capital Retail Bank - Lowes
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA  300769104

JPMorgan Chase Bank, N.A.
Chase Records Center
700 Kansas Lane
Monroe, LA  712030000

JPMorgan Chase Bank, N.A.
PO Box 901032
Fort Worth, TX  761012032

Michael T Polk
90 Railroad Street
Whipple, OH  457880000

Northeast Ohio Natural Gas Corp.
PO Box 94824
Cleveland, OH  441014824

Paypal Buyer Credit
GEMB
PO Box 981064
El Paso, TX  799981064

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  980830788

U.S. Department of Education C/O
Nelnet
121 S 13TH ST, SUITE 201
LINCOLN, NE  685080000

US Department Of Education
Direct Loan Servicing Center
PO Box 5602
Greenville, TX  754035602

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Lisa Diane Polk
527 Sixth Street
Marietta, OH  457500000

Robert Ellis
328 4th St
Marietta, OH  457500000